IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

      **Plaintiff,**

v.

**JOYCE TEMPLETON, DEBORAH ANN TEMPLETON, Deborah Ann Templeton as Mother of J.T., a minor, and FISCHER FUNERAL CARE, LLC**

      **Defendants.**

1:16-cv-3428-WSD

**OPINION AND ORDER**

This matter is before the Court on Plaintiff Hartford Life and Accident Insurance Company's ("Plaintiff") Motion to Allow Deposit of Interpleader Funds [3] ("Motion").

On September 12, 2016, Plaintiff filed this interpleader action [1]. The same day, Plaintiff filed its Motion. Plaintiff seeks an order allowing Plaintiff to pay, into the registry of the Court, its interpleader funds in the amount of $255,000.00, plus $10,814.79 in interest. Plaintiff served its Motion on all parties by certified

mail. (Mot. at 3). No party submitted a response to the Motion, and it is deemed unopposed. See LR 7.1(B), NDGa.

Rule 22 of the Federal Rules of Civil Procedure provides that "[p]ersons with claims that may expose a plaintiff to double or multiple liability may be joined as defendants and required to interplead." Fed. R. Civ. P. 22(a)(1). Rule 67 of the Federal Rules of Civil Procedure provides that if "any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it." Fed. R. Civ. P. 67(a).

Plaintiff provided notice to every other party of its intent to deposit a sum of money into the registry of the Court. No party responded to the Motion. The Court thus grants Plaintiff's Motion as unopposed.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Allow Deposit of Interpleader Funds [3] is **GRANTED**. Plaintiff shall submit to the Clerk of Court, on or before October 21, 2016, the interpleaded funds of $255,000.00, plus $10,814.79 in interest. The Clerk of Court shall deposit the funds into the Registry of the Court.

**SO ORDERED** this 3rd day of October, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE